UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **AJONG LEONEL NZUH**<br>**#A213 315 457, Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-01691-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF,**<br>**Defendant** | **MAGISTRATE JUDGE JOSEPH H.L.**<br>**PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], and after a *de novo* review of the record, noting the absence of objection, having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order and Complaint for Injunctive Relief [ECF No. 6] is DENIED, and the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITH WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 22nd day of March 2021.

```
                              _____
                              DAVID C. JOSEPH
                              UNITED STATES DISTRICT JUDGE
```