UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AJONG LEONEL NZUH                    CIVIL DOCKET NO. 1:20-CV-01691-P
#A213 315 457, Plaintiff

VERSUS                               JUDGE DAVID C. JOSEPH

CHAD WOLF,                            MAGISTRATE JUDGE JOSEPH H.L.
Defendant                            PEREZ-MONTES

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], and after a *de novo* review of the record, noting the absence of objection, having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order [ECF No. 6] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 6th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE